**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Robert DeSanto,<br><br>                    Plaintiff,<br>v.<br><br>Enhanced Recovery Corporation; and DOES 1-10, inclusive,<br><br>                    Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No.:  3:10-cv-06509-JAP -LHG<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 21, 2011

                                        Respectfully submitted,

                                        By: /s/ Sofia Balile

                                        Sofia Balile, Esq.
                                        Lemberg & Associates LLC
                                        1100 Summer Street
                                        Stamford, CT 06905
                                        Phone: (917) 981-0849
                                        Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 21, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Sofia Balile_____

              Sofia Balile